JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| QUICK BRIDGE FUNDING, LLC, | Case No.: SACV 18-001177-CJC(KESx) |
| Plaintiff, | DEFAULT JUDGMENT |
| v. |  |
| JA-REM ENTERPRISES, INC., et al., |  |
| Defendants. |  |

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Quick Bridge Funding, LLC, and against Defendants Ja-Rem Enterprises, Inc., Forest Drive Physicians, P.C., Dawn Richardson, and Karen Richardson, in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment.

The Court **AWARDS** Plaintiff $82,052.95 in damages and $4,882.11 in attorneys' fees, plus costs in a sum pursuant to a Bill of Costs which may be filed in accordance with Local Rule 54-2.1.

DATED: September 5, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE